ACCEPTED
01-15-00863-CV
FILE COPY
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 5:11:59 PM
CHRISTOPHER PRINE
CLERK



**SHERRY RADACK**
**CHIEF JUSTICE**

**TERRY JENNINGS**
**EVELYN KEYES**
**LAURA CARTER HIGLEY**
**JANE BLAND**
**MICHAEL MASSENGALE**
**HARVEY BROWN**
**REBECA HUDDLE**
**RUSSELL LLOYD**
**JUSTICES**

# Court of Appeals
# First District of Texas
**301 Fannin Street**
**Houston, Texas 77002-2066**

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**

**JANET WILLIAMS**
**CHIEF STAFF ATTORNEY**

PHONE: 713-274-2700
FAX: 713-755-8131
www.1stcourt.com/1coa.aspx

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 5:11:59 PM
CHRISTOPHER A. PRINE
Clerk

October 12, 2015

James M. Andersen
P.O. Box 58554
Webster, TX 77598
\* DELIVERED VIA E-MAIL \*

**RE:** **Court of Appeals Number:** 01-15-00863-CV **Trial Court Case Number:** 2014-54729

**Style:** Elizabeth Thomas

v.

Meritage Homes of Texas LLC. f/k/a Meritage Homes of Texas L.P., f/k/a Legacy Monterey Homes L.P. MTH Lending Group L.P., f/k/a Meritage Lending Service Primary Residential Mortgage Inc., d/b/a f/k/a Flagstone Lending Group Stewart Title Company, MTH Ti

As of the date of this **NOTICE**, appellant(s) has not paid the required $205 filing fee to prosecute this appeal. *See* TEX. R. APP. P. 5 (requiring payment of fees at time of filing, unless excused); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

This is **NOTICE** to the appellant that this appeal is subject to dismissal, if the filing fee has not been paid **within 20 days** of this NOTICE. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3 (allowing involuntary dismissal).Sincerely,

Christopher A. Prine, Clerk of the Court